UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JEFFREY BOLTON

      Plaintiff,

v.

CARDINAL HEALTH., INC, a
Delaware for profit corporation, and
CARDINAL HEALTH 110, LLC, a
Delaware for profit limited liability
company

      Defendants.

CASE NO.

HON.

Removed from:
Wayne County Circuit Court
CASE NO. 25-006840-CD

| | |
|---|---|
| RAYMOND J. CAREY & ASSOCIATES, PLLC (P33266)<br>30500 Northwestern Highway<br>Suite 425<br>Farmington Hills, MI 48334<br>(248) 865-0001<br>rcarey@work-lawyers.com@gmail.com<br>Attorneys for Plaintiff | JACKSON LEWIS P.C.<br>Katherine J. Van Dyke (P62806)<br>Benjamin D. Wu (P85635)<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>katherine.vandyke@jacksonlewis.com<br>benjamin.wu@jacksonlewis.com<br>Attorneys for Defendants |

## **DEFENDANTS' NOTICE OF REMOVAL**

Defendants Cardinal Health., Inc and Cardinal Health 110 LLC ("Defendants"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, remove this action from the State of Michigan Circuit Court for the County of Wayne, where it is now pending, to this Court. In support of this removal, Defendants states as follows:

**A.     Overview**

1. This case is removable to the United States District Court under 28 U.S.C. §§ 1332 because: (a) the amount in controversy, exclusive of interest and costs, exceeds $75,000; and (b) Plaintiff and Defendants are citizens of different states. Accordingly, removal is appropriate based on diversity jurisdiction under 28 U.S.C. § 1332.

2. This Notice of Removal is timely filed under 28 U.S.C. § 1446.

**B.     Service of the Complaint and Summons**

3. On or about May 7, 2025, Plaintiff filed a seven-count Complaint alleging violations of the Age Discrimination in Employment Act, the Civil Rights Act and the Elliot Larsen Civil Rights Act in the Circuit Court for the County of Wayne against Cardinal Health., Inc and Cardinal Health 110 LLC, which was assigned Case No. 25-006840-CD.

4. Plaintiff served a copy of the Complaint on Defendant Cardinal Health 110, LLC on May 14, 2025.

5. As of the date of this Notice, Defendants have not filed an Answer to the Complaint and all process, pleadings and orders served upon Defendants are included as **Ex. 1.**

**C.     Statement of Grounds for Removal**

6. Pursuant to 28 U.S.C. § 1446(b), "The notice of removal of a civil

2

action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

7. Defendant Cardinal Health 110, LLC received a copy of the Complaint on or about May 14, 2025.

8. Defendants are filing this Notice of Removal within the thirty-day limit.

9. In addition to being timely filed, this Court has diversity jurisdiction pursuant 28 U.S.C. § 1332(a), in that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the parties are citizens of different states. (*See* **Ex. 2**, Def. Declaration.)

**D.** **Amount in Controversy**

10. In his Complaint, Plaintiff seeks, among other damages, compensatory damages in excess of $75,000 including, economic damages, emotional distress; other non-economic damages and liquidated damages. (*See* **Ex. 1**, Complaint ¶ 89; 99; 107; 117; 123; 129; 138.). The amount in controversy may also include attorneys' fees where, as here, those fees are recoverable by statute.

3

11. Plaintiff's Complaint expressly seeks "compensatory damages in an amount in excess of $75,000" (*See* **Ex. 1**, Complaint Prayer for Relief p. 33).

12. Based on the foregoing, Defendants assert in good faith that the amount in controversy exceeds $75,000.

### E. Diversity of Citizenship

13. Plaintiff is a citizen of the County of Oakland, State of Michigan, as stated in Plaintiff's Complaint. (*See* **Ex. 1**, Complaint ¶ 2.)

14. Defendant Cardinal Health Inc. is an Ohio corporation with a principal address of 7000 Cardinal Place, Dublin, Ohio 43017 (See **Ex. 2**, Def. Declaration at ¶ 6.)

15. Defendant Cardinal Health 110 LLC is an LLC formed under the laws of Delaware with its principal place of business at 7000 Cardinal Place, Dublin, Ohio 43017. (*Id.* at ¶ 7.)

16. Defendant Cardinal Health Inc. is the sole member of Defendant Cardinal Health 110, LLC. (*Id.* at ¶ 8).

17. Thus, Defendants are residents of Delaware and Ohio and not residents of the State of Michigan. *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009).

18. Accordingly, there is complete diversity of citizenship between Plaintiff and all Defendants.

**F.     Venue in the Eastern District of Michigan**

19.    28 U.S.C. § 1441(a) provides, in part, that "any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

20.    The Circuit Court for the County of Wayne is located within the Eastern District of Michigan.

21.    Thus, venue is appropriate in this Court pursuant to 28 U.S.C. § 1441(a).

**G.     State Court Pleadings**

22.    Contemporaneously with this filing, Defendants are filing a Notice of Filing Removal with the Clerk of the Circuit Court for the County of Wayne, Michigan, as required by 28 U.S.C. § 1446(d). A true and correct copy of the notice being filed with the state court is attached as **Exhibit 3**.

23.    In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents, and orders, of which Defendants are aware, also are attached as **Exhibit 1**.

WHEREFORE, Defendants Cardinal Health 110, LLC and Cardinal Health Inc. respectfully request that this action be removed from the State of Michigan

Circuit Court for the County of Wayne to the United States Court for the Eastern District of Michigan.

|  |  |
|---|---|
|  | Respectfully submitted,<br>JACKSON LEWIS P.C.<br><br>/s/ Katherine J. Van Dyke<br>Katherine J. Van Dyke (P62806)<br>Benjamin D. Wu (P85635)<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900 (ofc)<br>(248) 936-1901 (fax)<br>katherine.vandyke@jacksonlewis.com<br>benjamin.wu@jacksonlewis.com |
| Dated:  June 11, 2025 | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

On this day June 11, 2025, the undersigned did cause to be filed the foregoing document with the Court using the CM/ECF system, which will send notice of its filing to all counsel of record.

/s/*Katherine J. Van Dyke*
Katherine Van Dyke (P62806)