# **<u>EXHIBIT 2</u>**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JEFFREY BOLTON

    Plaintiff,      CASE NO.

v.             HON.

CARDINAL HEALTH., INC, a   Removed from:
Delaware for profit corporation, and Wayne County Circuit Court
CARDINAL HEALTH 110, LLC, a  CASE NO. 25-006840-CD
Delaware for profit limited liability
company

    Defendants.

---

RAYMOND J. CAREY &
ASSOCIATES, PLLC (P33266)
30500 Northwestern Highway,
Suite 425
Farmington Hills, Michigan 48334
Phone: (248) 865-0001
Fax: (248) 865-0002
rcarey@work-lawyers.com@gmail.com
Attorney for Plaintiff

JACKSON LEWIS P.C.
Katherine J. Van Dyke (P62806)
Benjamin D. Wu (P85635)
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
katherine.vandyke@jacksonlewis.com
benjamin.wu@jacksonlewis.com
Attorneys for Defendant

---

## DECLARATION OF LAURA GARZA IN SUPPORT OF REMOVAL

Under 28 U.S.C. § 1746, I, Laura Garza, declare as follows:

1.  I am over the age of eighteen and duly competent to testify.

2.  Based on my personal knowledge as well as my review of company records, I am competent to testify as to the facts set forth in this Declaration.

3.      I am currently employed with Cardinal Health, Inc., as a Senior Paralegal.

4.      Through my position, I have access to company records and am familiar with Cardinal Health, Inc.'s organization and principle place of business.

5.      Through my position, I have access to company records and am familiar with Cardinal Health 110, LLC's members and structure.

6.      Cardinal Health, Inc. is an Ohio corporation with its principal place of business at 7000 Cardinal Place, Dublin, Ohio 43017.

7.      Cardinal Health 110, LLC is an LLC formed under the laws of Delaware with its principal place of business at organized under the laws of Delaware with its principal place of business at 7000 Cardinal Place, Dublin, Ohio 43017.

8.      Cardinal Health, Inc. is the sole member of Cardinal Health 110, LLC.

9.      I declare under penalties of perjury in accordance with the laws of the United States that the above statements are true.

Date: _____6/11/25_____        _____
                                LAURA GARZA

2