# **<u>EXHIBIT 3</u>**

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

JEFFREY BOLTON,

    Plaintiff,

v.

    Case No: 25-006840-CD

    Hon. Annette J. Berry

CARDINAL HEALTH, INC., a
Delaware for profit corporation, and
CARDINAL HEALTH 110, LLC, a
Delaware for profit limited liability company.

    Defendant,

| RAYMOND J. CAREY & ASSOCIATES, PLLC (P33266)<br>30500 Northwestern Highway<br>Suite 425<br>Farmington Hills, Michigan 48334<br>(248) 865-0001<br>rcarey@work-lawyers.com@gmail.com<br>Attorneys for Plaintiff | JACKSON LEWIS P.C.<br>Katherine J. Van Dyke (P62806)<br>Benjamin D. Wu (P85635)<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>katherine.vandyke@jacksonlewis.com<br>amiragenevieve.adel@jacksonlewis.com<br>Attorneys for Defendants |

## NOTICE OF FILING OF NOTICE OF REMOVAL

    PLEASE TAKE NOTICE that on June 11, 2025, Defendants Cardinal Health, Inc. and Cardinal Health 110, LLC, in the above-captioned case, filed a Notice of Removal in the United States District Court for the Eastern District of Michigan, a copy of which is attached hereto as **Exhibit A** and incorporated herein by reference, removing this case to federal court.

    This Notice is being filed pursuant to 28 U.S.C. § 1446. Removal of this case from the State of Michigan, Circuit Court for the County of Wayne is effected upon the filing of this Notice of Filing of Notice of Removal. Upon such filing, the United States District Court for the Eastern District of Michigan shall acquire jurisdiction over this case. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

Respectfully submitted,
JACKSON LEWIS P.C.

/s/ Katherine J. Van Dyke
Katherine Van Dyke (P62806)
Benjamin D. Wu (P85635)
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
katherine.vandyke@jacksonlewis.com
benjamin.wu@jacksonlewis.com

Dated: June 11, 2025                Attorneys for Defendants

**PROOF OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was served upon all parties in the above case at their respective addresses disclosed on the pleadings on June 11, 2025 by:

☐ Hand Delivery            ☐ U. S. Mail & Email
√ ECF                       ☐ FAX

/s/ Katherine Van Dyke
Katherine Van Dyke

4922-6505-2492, v. 1