UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY BOLTON,

     Plaintiff,

v.

CARDINAL HEALTH., INC., et al.,

     Defendants.

Case No. 25-cv-11748

Honorable Robert J. White

---

**STIPULATED ORDER EXTENDING DATE FOR DEFENDANTS' FIRST
RESPONSIVE PLEADING**

---

Upon stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants are granted an extension until June 25, 2025, to answer or otherwise file their first responsive pleadings to Plaintiff's Complaint.

SO ORDERED.

Dated: June 16, 2025

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

/s/ Raymond J. Carey (with Consent)
RAYMOND J. CAREY &
ASSOCIATES, PLLC (P33266)
30500 Northwestern Highway,
Suite 425
Farmington Hills, Michigan 48334
Phone: (248) 865-0001
Fax: (248) 865-0002
rcarey@work-lawyers.com@gmail.com
Attorney for Plaintiff

/s/ Katherine J. Van Dyke
JACKSON LEWIS P.C.
Katherine J. Van Dyke (P62806)
Benjamin D. Wu (P85635)
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
katherine.vandyke@jacksonlewis.com
benjamin.wu@jacksonlewis.com
Attorneys for Defendants