UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY BOLTON,<br><br>    Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-11748<br><br>Honorable Robert J. White |

**STIPULATED ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANTS' FIRST RESPONSIVE PLEADING**

Upon stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants are granted a second extension, until July 2, 2025, to answer or otherwise file their first responsive pleadings to Plaintiff's Complaint.

IT IS FURTHER ORDERED that no further extensions will be granted absent good cause.

SO ORDERED.

Dated: June 23, 2025

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

| | |
|---|---|
| /s/ Raymond J. Carey (w/consent) | /s/ Katherine J. Van Dyke |
| RAYMOND J. CAREY & ASSOCIATES, PLLC (P33266) | JACKSON LEWIS P.C. |
| 30500 Northwestern Highway, Suite 425 | Katherine J. Van Dyke (P62806) |
| Farmington Hills, Michigan 48334 | Benjamin D. Wu (P85635) |
| Phone: (248) 865-0001 | 2000 Town Center, Ste. 1650 |
| Fax: (248) 865-0002 | Southfield, MI 48075 |
| rcarey@work-lawyers.com@gmail.com | (248) 936-1900 |
| Attorney for Plaintiff | katherine.vandyke@jacksonlewis.com |
| | benjamin.wu@jacksonlewis.com |
| | Attorneys for Defendants |