UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JEFFREY BOLTON

    Plaintiff,

v.

CARDINAL HEALTH., INC, a Delaware for profit corporation, and CARDINAL HEALTH 110, LLC, a Delaware for profit limited liability company

    Defendants.

Case No. 2:25-cv-11748

Hon. Robert J. White

---

RAYMOND J. CAREY & ASSOCIATES, PLLC
Raymond J. Carey (P33266)
Attorneys for Plaintiff
30500 Northwestern Highway
Suite 425
Farmington Hills, Michigan 48334
(248) 865-0001
rcarey@work-lawyers.com

JACKSON LEWIS P.C.
Katherine J. Van Dyke (P62806)
Benjamin D. Wu (P85635)
Attorneys for Defendants
2000 Town Center, Suite 1650
Southfield, Michigan 48075
(248) 936-1900
katherine.vandyke@jacksonlewis.com
benjamin.wu@jacksonlewis.com

---

## **ATTORNEY APPEARANCE**

Please enter the Appearance of Benjamin D. Wu of the law firm of Jackson Lewis P.C., as counsel for Defendants Cardinal Health, Inc., and Cardinal Health 110, LLC, in the above-captioned matter.

                                Respectfully submitted,

                                JACKSON LEWIS P.C.

                                /s/ Benjamin D. Wu
                                Katherine Van Dyke (P62806)
                                Benjamin D. Wu (P85635)
                                2000 Town Center, Ste. 1650
                                Southfield, MI 48075
                                (248) 936-1900 (ofc)
                                katherine.vandyke@jacksonlewis.com
                                benjamin.wu@jacksonlewis.com
Dated:  July 2, 2025               Attorneys for Defendant

## CERTIFICATE OF SERVICE

On this day July 2, 2025, the undersigned did cause to be filed the foregoing document with the Court using the CM/ECF system, which will send notice of its filing to all counsel of record.

                                /s/ Benjamin D. Wu
                                Benjamin D. Wu