UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY BOLTON,<br><br>     Plaintiff(s),<br><br>v.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>     Defendant(s). | Case No. 25-cv-11748<br><br>Honorable Robert J. White |

# SCHEDULING ORDER

This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the Parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT / FILING[1] | DATE / TIMEFRAME |
|---|---|
| Amendment of pleadings | August 15, 2025 |
| Lay and expert witness lists filed | September 15, 2025 |
| Interim status conference (remote) | February 25, 2026 at 11:30 am |
| Discovery completed by | February 13, 2026 |
| Expert discovery completed by | February 13, 2026 |
| Dispositive motions filed by | March 13, 2026 |
| Challenges to experts | March 13, 2026 |

---

[1] For any events not listed here, please refer to Federal Rule of Civil Procedure 26.

| | |
|---|---|
| Joint proposed final pretrial order and Motions *in limine* (*see* Case Management Requirements § VI) | TBD |
| Final Pretrial Conference | TBD |
| Jury trial | TBD |
| Estimated length of trial | TBD |

As this case progresses, the Parties should continually review the Court's Case Management Requirements.

Dated: July 30, 2025                                     s/Robert J. White
                                                                        Robert J. White
                                                                        United States District Judge