UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOURTHERN DIVISION

JEFFREY BOLTON,

Plaintiff,

v.

CARDINAL HEALTH, INC and
CARDINAL HEALTH 110, LLC,

Defendants.

Case No. 25-cv-11748

Honorable Robert J. White

## ORDER GRANTING EXTENSION OF SCHEDULING ORDER DATES

This matter having come before this Court by the Parties' Final Joint Motion for Extension of Current Deadlines (ECF No. 16); the Parties' continuing to conduct discovery but needing additional time to complete depositions; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the parties' joint motion is GRANTED.

IT IS FURTHER ORDERED that the current case deadlines as set by the Court's June 10, 2026 Text-Only Order are hereby extended as follows:

| **EVENT** | **CURRENT DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Discovery | August 17, 2026 | September 16, 2026 |
| Dispositive Motions | October 2, 2026 | November 1, 2026 |

| | | |
|---|---|---|
| Joint Final Pretrial Order submitted and Motions *in Limine* by: | TBD | TBD |
| Final Pretrial Conference: | TBD | TBD |
| Trial Date: | TBD | TBD |

SO ORDERED.

Date: _August 20, 2026_______________

s/Robert J. White______________
Robert J. White
United States District Judge